October 26, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES E. ELBAOR, Appellant

NO. 14-17-00635-CV                    V.

RAVI MOPARTY, ET AL, AND FADI GHANEM, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 3, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James E. Elbaor.

We further order this decision certified below for observance.